**STATE of Missouri, Plaintiff/Respondent,**

v.

**Todd L. WILLIAMS, Defendant/Appellant.**

**No. 73946.**

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 22, 1998.

Stephen C. Wilson, Cape Girardeau, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before SIMON, P.J., and CRANE and MOONEY, JJ.

## ORDER

PER CURIAM.

Defendant Todd L. Williams appeals from the order denying his pre-sentence Motion to Withdraw Plea of Guilty under Rule 29.07. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).